(STARD%)     (DATE: 02-04-15)     (PG.: 1 0F 1)
70,558-03

TO: CLERK, ABEL ACOSTA

I am the movant in this matter. Please File my motion, And Bring it to the attention OF the Court For their consideration...
IF there is any other documentation I may need to File, the address where I may Be Reached at, is Below...
Thank you For all your asst. in this matter...

YOURS TRULY,

*Bobby Scott Gonzaly*
BOBBY SCOTT GONZALEZ
(T.D.C.J.) #1143533
(G.I.B.LEWIS-UNIT) H.S.-G-#111
T.T.F.M. 3497
WOODVILLE, TX 75990

MOTION DENIED
DATE: 2-18-15
BY: PC

there is a question OF my "AGE" at time this MURDER was occured, I was: 15 years Old, A JUVENILE, and Record does not state this evidence...
thank you...
singed on: 4TH DAY OF FEB., 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

END...

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

RE: CASE NO. # WR-70,558-03

STATE TRIAL COURT CASE NO. # 924707

STYLE: MR. BOBBY SCOTT GONZALEZ

OFFENSE: MURDER

OUT OF: HARRIS-COUNTY-HOUSTON, TEXAS

---

"MOTION-TO-RE-AMEND-HABEAS-CORPUS"
APPLICATION-OR-PERMISSION-TO-FILE-
NEW-APPLICATION-BASED-ON-NEW-
EUIDENCE-DISCOVERED-THAT-WAS-
WITH-HELD-BY-STATE-AGENTS-AND-ON-
INFO.-OF-MURDER-COMPLAINT-BEING-
A-JUVENILE-CASE-THERE-FORE-CONOICTION-
IS-ILLEGAL...

---

TO THE HONORABLE CRIMINAL-APPEALS-JUDGES:
I am the above ReFeReNced cause # 924707, and is currently iNcarceRated iN a T.D.C.J.-UNIT, iN WOODUIILE, TEXAS. I am beFoRe you, "PRO-SE." Filing this motion, showing coNtRaueRted and uN-Resolued Fact-issues mateRial as to the legality OF my coNFiNemeNt uNdeR:

(1).

MURDER CONVICTION which will REQUIRE an evid-entiary-hearing. I will PReSent to the court SUFFICIENT SPECIFIC FacTS establishing that these GRounds FoR ReveRsaL could Not have been PResented iN PRevioUse Fi LiNGS, because the RecoRd was denied, and these Factual or Legal Basis FoR the claim was STRUCK DOWN by the (ASST.-D.A), who Committed "PRoSECUTO-RIAL-MIS CoNDUCT" and "UN-ETHICAL-BE HAVIOUR" oN this PaRticu loR Cause # 924707, By Not making it available eveN though it is RelevantiN RecoRd; charge would of Been dismissed FoR "NO" evidence, and No Rational JURoR could have Found me guilty Beyond Reasonable doubt. I ReQUeST FoR the couRt to condoct evidentiaRy-hearing, or en-banc, and Review these "NEW-FACTS" discoveRed, that weRe with held, iNteNtionally, by state agents and GRaNt my motion, on the GRounds as Follows:

1b oN: *APRIL 13th, 2002*, while iN (FEDERAL-PRISoN), I ReQUeSTed FoR counsel Beappointed.

(2).

The TRIAL-COURT "DENIED" REQUEST, being INDEGENT, and I NEVER SPOKE to an ATTORNEY-AT-LAW. The PERSON IN RECORD, is NOT an ATTY., She was an (ASST.D.A), Who was Not yet (BAR-CERTIFIED) as an (ATTY.-AT-LAW); this is a (6TH-AMENDMENT) VIOLATION...

3. STATE-AGENTS Who PROSECUTED me FOR MURDER, "WITH-HELD-EXCULPATORY-EVIDENCE/INFO.", beFORE my extRadition FROM (FEDERAL-CUSTODY), duRing TRIAL PROCEEDINGS, and aFteR CONVICTION namely: they Failed to Reveal some one else was alRready CONVICTED FOR this "Same MURDER" OF "SAME-VICTIM", that I was charged with, SINCE: * APRIL 24TH, 1999 *... (PLEASE SEE):

* CRIMINAL-CAUSE # <u>788 306</u>                    *
CRIM.-DEFENDANT: <u>YOUANNI RAMIREZ</u>
CONVICTING-JUDGE: <u>R. JONES</u>
IN THE: <u>D.C. #178 TH</u>, <u>HARRIS-COUNTY, TEXAS</u>
OFFENSE: <u>MURDER</u> OF VICTIM: *<u>DANIEL H. CABRERA</u>*
FOUND GUILTY WITH AFFIRMATIVE-FINDINGS·
BY A GRAND-JURY
PROSECUTING-ATTORNEY: *<u>JULIAN RAMIREZ</u>*...

(3).

This CAUSE #788306 was "WITH-HELD" and had it been Revealed, it would of DISMISSED the MURDER-CHARGE, due to being evidence FaVoRable to my defense. A "DUE-PROCESS" violation was done by State-agents NOT Revealing this, and it is against the law, to CONVICT "TWO" PERSONS OR have "TWO" AFFIRMATIVE-FINDINGS CONVICTIONS Resting ON the Same ISSUE OF MURDER, OF Same VICTIM; * DANIEL H. CABRERA *

3b STATE-AGENTS "USED-KNOWN-PERJURED-TESTI-mony" to CONVICT me OF a witNESS they said they had, but ONCE IN State-CUStody, the witNESS was NOT IN COURt, could NOt be FOUNd NOR located. IT IS "PERJURED-TESTI-mony" due to the Fact that it is learned this is the "SAME-WITNESS" who, UNDER OATH IN a COURt OF LaW, Testified he seen someone else commit this Same MURDER, ON: * APRIL 24th 1999 *. (PLEASE SEE: CAUSE #788306, GROUND #2). The PROSECUTOR IN CAUSE #788-306, is the Same PROSECUTOR IN my CAUSE #

(4).

924707. He may not CONVICT one PERSON, USING this witness, and say he seen some one commit the MURDER on:* APRIL 24th, 1999*. then, 3-years later, on:* DECEMBER 4th, 2002*, CONVICT me, USING a "MISSING-WITNESS", that is the same WITNESS IN CAUSE # 788306, and Change Testimony to say I committed this Same MURDER OF Same VICTIM:* DANIEL H. CABRERA*. ITS "PERJURED-TESTIMONY", and PROSECUTOR was acknowledged OF it, and STILL PROCEEDED; AND

4b THERE is a NEW-INFO, as well, discovered IN addition OF MY SENTENCE OF 40 years TDCJ, and CONVICTION OF MURDER, is "ILLEGAL", because THIS TRIAL-COURT that CONVICTED me IN CAUSE # 924707, NEVER had JURISDICTION BECAUSE RECORD Shows it is a (JUVENILE CASE) governed by the TEXAS FAMILY CODE, and the JUVENILE COURT MUST have FULL JURISDICTION OVER me ON MURDER Charge, NOT TRIAL CONVICTING COURT. (PLEASE SEE ATTACHED — EXTRADITION-FORMS. TRIAL COURT) IS NOT REQUESTING COURT—

(5).

THAT HAS JURISDICTION)...

This is evidence; "PRIMA-FACIE", to PRove that I was NEVER affoRded an "examining-TRial" on this cause, and NO Pending indictments were ever pending. This makes sentence and the conviction oBtained in the TRial couRt foR cause #924707, "ILLEGAL". TRial couRt NeveR had JURisdiction, and theRe aRe "NO-WAIVERS", valid, oFa (JUVENILE-COURT) that was the Reque-sting-couRt, foR MURDER complaint, oF victim: * DANIEL #-CABRERA. * These aRe gRounds foR (APPEAL), and had theRe been a JUVENILE CERTIFICATION, The TEXAS FAMILY CODE auto-matically allows a defendant to (APPEAL), I was NEVER advised oF any (APPEALS) I could take. theRe aRe NO lesseR-chaRges attached to case, and evidence in RecoRd, PRoves this cause #924707 conviction oF MURDER and SENTENCE OF 40 yRs T.D.C.J., is "ILLEGAL", and must be ReveRsed. the Fact heRe is, NO JUVENILE-COURT waived JURisdiction, inany

(6).

court. The JUVENILE court must have a "VALID" JURISDICTION OVER me, and GRANTED by statute and CONSTITUTION, IN ORDER FOR me to be certified and TRIED again IN a adult TRIAL COURT. Theres NO showing IN RECORD, of this...

THIS IS "NEW EVIDENCE" Relevant IN RECORD, but with held by state, and had it been Revealed "NO RATIONAL JUROR could have Found me GUILTY BEYOND a Reasonable doubt"!...

I NEED HELP!... THANK-YOU...

<u>"PRAYER"</u>

WHEREFORE PREMISES CONSIDERED, I Respectfully PRAY the COURT OF CRIMINAL APPEALS CONSIDER this motion, and after Review, REVERSE and Remand it back to TRIAL-COURT, Because it's Relevant OF CONVICTION BEING illegal, ON the JUVENILE-QUESTION)... and may this COURT GRANT any other Releifs deem PROPER and JUST I may be entitled too... THANK-YOU...

<u>Bobby Scott Gonzalez</u>
BOBBY SCOTT GONZALEZ
(T.D.C.J.-I.D.) #1143533

SWORN SIGNED ON 4TH DAY OF FEB., (2015)

(7).

BP-S238.051 **IAD - CERTIFICATE OF INMATE STATUS**

U.S. Department of Justice                    Federal Bureau of Prisons

| Inmate's Name<br>GONZALEZ, ROBERTO SCOTT | Register No.<br>11369-179 | Institution<br>FCC BEAUMONT, MEDIUM |
|---|---|---|

Institution's Address
FCC BEAUMONT, P.O. BOX 26045, BEAUMONT, TEXAS 77720-6045

The (Custodial Authority) hereby certifies:

1. The term of commitment under which the prisoner above named is being held

    15 MONTHS

| 2. The Time Already Served<br>263 DAYS | 3. Time Remaining to be Served on the Sentence<br>194 DAYS |
|---|---|
| 4. The Amount of Good Time Earned<br>0 DAYS | 5. The Date of Parole Eligibility of the Prisoner<br>N/A |

6. The decisions of the U.S. Parole Commission relating to the Prisoner

    N/A

7. Maximum expiration date under present sentence: 10-14-2002

8. Detainers currently on file against this inmate from your state are as follows:

    MURDER

| Dated<br>4/3/02 | Name and Title<br>of Custodial Authority<br>KATHLEEN M. HAWK, DIRECTOR<br>FEDERAL BUREAU OF PRISONS | By: (Chief Executive Officer)<br>Jonathon Dobre<br>WARDEN |
|---|---|---|

(Replaces BP-238(58) October 88)
Original: State IAD Administrator; Copy: J & C File; Copy: Central File (Section 1)
Copy:  Prosecuting Official (Mail Certified Return Receipt)
Copy:  Clerk of Court (Mail Certified Return Receipt)
(This form may be replicated via word processing)